

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>HUMBERTO GARCIA-VELEZ,<br><br>  Defendant. | Case No.: 15-cr-875-H<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE & UNSEALING** |

Pursuant to the Motion of the United States, the Court hereby grants leave to dismiss this case without prejudice. The Court finds that the dismissal is based upon the United States' Motion made in the interests of justice.

Accordingly, all charges are hereby DISMISSED without prejudice.

It is further ordered that the case shall be unsealed for all purposes.

**IT IS SO ORDERED.**

DATED: 5/23/23

Honorable Marilyn L. Huff
United States District Judge